

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DEONICIO CARVENTE-PEREZ,

     Petitioner,

     v.

UNITED STATES OF AMERICA

     Respondent.

)
)
)
) Civ. No.  11-0632GT
) Cr. No.  10-0367GT
)
) **ORDER**
)
)
)
)

     On November 5, 2012, Petitioner, Deonicio Carvente-Perez, submitted a Notice of Appeal, which requires a certificate of appealability.   However, an appeal may not be taken unless this Court issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1).  In order to receive a Certificate of Appealability,  Petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

     After reviewing Petitioner's Notice of Appeal, the record in this case and the order denying Petitioner's Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255,  the Court finds that the Petitioner has <u>not</u> made a substantial showing of a denial of a constitutional right.  Accordingly,

**IT IS ORDERED** that this Court will **not** issue a certificate of appealability in this case.

**IT IS SO ORDERED**.

date __11/9/12__

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter          Petitioner

2